IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00244-LTB

THERON JOHNNY MAXTON,

    Petitioner,

v.

T. H. TOZZA RHODES, Warden, FCI-Florence, and
CHARLES SAMUELS, BOP Director, Washington D.C.,

    Respondents.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 8, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Petitioner.

    DATED at Denver, Colorado, this 8 day of March, 2013.

                                       FOR THE COURT,

                                       JEFFREY P. COLWELL, Clerk

                                       By: s/ S. Grimm
                                            Deputy Clerk